# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3534

_____

JUAN RICARDO JACKSON
MELENDEZ and JESSICA SANTO
RIVERA,

Petitioners,

v.

DONALD DELAND EVERSOLE and
MICHELE MARIE EVERSOLE, his
wife,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 18, 2019

PER CURIAM.

Petitioners seek certiorari review of the order allowing Respondents to amend their counterclaim to assert a claim for punitive damages. In such a proceeding, the scope of our review is limited to determining whether the trial court complied with the procedural requirements of section 768.72, Florida Statutes. We, conversely, lack "jurisdiction to review the sufficiency of the evidence proffered to support the punitive damages claim." *Am. Heritage Life Ins. Co. v. Smith*, 43 Fla. L. Weekly D2519 (Fla. 1st DCA Nov. 13, 2018) (citing *Globe Newspaper Co. v. King*, 658 So. 2d 518, 520 (Fla. 1995) and additional cases). Because the trial

court complied with the applicable procedural requirements, the petition for writ of certiorari is DENIED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Paul M. Eza and Michael L. Glass of Stone, Glass & Connolly, LLP, Jacksonville, for Petitioners.

Benjamin E. Richard, Curry G. Pajcic, and William A. Bald of Pajcic & Pajcic, P.A., Jacksonville, for Respondents.